## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,  :  No. 2313 Disciplinary Docket No. 3
                                         :

                   Petitioner    :  No. 10 DB 2015
                                         :

                                       :  Attorney Registration No. 92657
                                       :

                      v.                :

                                       :  (Monroe County)

THOMAS AXEL JONES,            :

                                       :

                Respondent   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of January, 2017, upon consideration of the Report and Recommendations of the Disciplinary Board, Thomas Axel Jones is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).